IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH Y. WOOD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-899 |
| UNIVERSITY OF PITTSBURGH and MICHAEL HRITZ | ) ) ) ) |
| Defendants. | ) |

## ORDER

AND NOW, this 7th day of April, 2008, it is hereby ORDERED, ADJUDGED and DECREED THAT upon consideration of defendants' partial motion to dismiss, [Doc. No. 14], their accompanying brief in support and any response filed by plaintiff response thereto, IT IS HEREBY ORDERED THAT the following counts are dismissed, with prejudice:

(A) Count I to the extent it asserts a Title VII claim against the individually named defendant Hritz because individuals are not liable under Title VII;

(B) Count I to the extent it asserts a race discrimination claim because plaintiff failed to raise any race discrimination charge before the EEOC; and

(C) Defendant's motion to dismiss Count II, deprivation of civil rights in its entirety, is denied without

prejudice to defendants' right to raise the same issues on a fully developed record.

BY THE COURT:

_____, J.

cc: All Counsel of Record